USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/12/2021

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __NEW YORK__

PAUL DELORENZO
         Plaintiff (s),
    V.
WARDEN HAROLD L. SMITH,
         Defendant (s),
ET AL.

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 20-CV-7935 (NSR)

Notice is hereby given that, subject to approval by the court, __C.O. ROBERT TAYLOR__ substitutes
(Party (s) Name)

__GAIL B. RUBENFELD__, State Bar No. __2463743__ as counsel of record in
(Name of New Attorney)

place of __DANTE D. DE LEO__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:
    Firm Name: __GAIL B. RUBENFELD, ESQ.__
    Address: __10 SAINT JOHN ST., MONTICELLO, NY 12701-2118__
    Telephone: __(845) 791-1670__    Facsimile _____
    E-Mail (Optional): _____

I consent to the above substitution.
Date: __2-11-21__
                                    (Signature of Party (s))

I consent to being substituted.
Date: __2-10-21__
                                    (Signature of Former Attorney (s))

I consent to the above substitution.
Date: __2/10/21__
                                    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 2/12/2021
                                    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]